

**Office Of The Clerk**

# Court of Appeal, First Circuit
### State of Louisiana
www.la-fcca.org

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

December 20, 2019

Docket Number: 2019 - CW - 1658

Stanley Womack
versus
Elizabeth Womack

TO:   Stanley J. Womack
10 Angelica Drive
Picayune, MS 39366

D. Douglas Howard Jr.
839 St. Charles Ave., Ste. 30
New Orleans, LA 70130

Meghan Miller
839 St. Charles Avenue
New Orleans, LA 70130

Hon. Mary C. Devereux
701 N. Columbia
Justice Center
Covington, LA 70433

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

 RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STANLEY WOMACK

VERSUS

ELIZABETH WOMACK

NO.  2019 CW 1658

**DECEMBER 20, 2019**

---

In Re:    Stanley J. Womack, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2014-14365.

---

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.**  To the extent this writ application seeks review of the trial court's October 18, 2019 judgment, it is untimely;  To the extent this writ application seek mandamus relief directed to the trial court for the disbursement of the remaining funds in the registry of that court, such relief must first be sought with that court.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT